AO 442 (Rev 11/11) Arrest Warrant

FID 10129553

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

**RECEIVED** By USMS District of Columbia District Court at 10:59 am, Aug 23, 2024

United States of America
v.
MALIQUE LEWIS,
TELEKA LEWIS, AND
MICHAEL LEWIS

*Defendant*

Case: 1:24-cr-00385
Assigned To : Judge Tanya S. Chutkan
Assign. Date : 8/22/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MALIQUE LEWIS

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846- Conspiracy to Distribute
21 U.S.C. 841(a)(1)- Possession with Intent to Distribute
18 U.S.C 1791(a)(1)- Providing Contraband in Prison
18 U.S.C. 1791(a)(2)- Possessing Contraband in Prison

Date: 08/22/2024

*Issuing officer's signature*

City and state:   Washington, DC

_____, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/23/24, and the person was arrested on *(date)* 8/29/24
at *(city and state)* DC

Date: 8/29/24

*Arresting officer's signature*

Trey'D  DUSM
*Printed name and title*